# UNITED STATES DISTRICT COURT

District of    Massachusetts

MICHAEL NORTON,
        Plaintiff,

V.

FLEETWAY HEAVY DUTY PARTS, INC.,
GENESIS CONSOLIDATED SERVICES, INC.,
SUSAN PATTI and ANDREW PATTI,

        Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 11297 MEL

TO: (Name and address of Defendant)

Fleetway Heavy Duty Parts, Inc.
193 Maplewood Street
Malden, Massachusetts  02148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary M. Feldman, Esquire
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, Massachusetts 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  6-21-05


%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date              Signature of Server

            _____
            Address of Server

---

★ **Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171**

Middlesex, ss.

August 5, 2005

I hereby certify and return that on 8/3/2005 at 2:40PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ANDREW PATTI, agent, person in charge at the time of service for FLEETWAY HEAVY DUTY PARTS, INC., at, 193 MAPLEWOOD STREET, MALDEN, MA 02148. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($3.20) Total Charges $40.70

*[signature]*
Deputy Sheriff

0502617