%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

MICHAEL NORTON,
   Plaintiff,

V.

FLEETWAY HEAVY DUTY PARTS, INC.,
GENESIS CONSOLIDATED SERVICES, INC.,
SUSAN PATTI and ANDREW PATTI,
   Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 11297 MEL

TO: (Name and address of Defendant)

Susan Patti
12 Higgins Avenue
Medford, Massachusetts  02155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary M. Feldman, Esquire
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, Massachusetts  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

6-21-05
DATE

(By) DEPUTY CLERK

| NAME OF | | Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171 |
|---|---|---|
| Check | | Middlesex, ss. |

August 10, 2005

☐ I hereby certify and return that on 8/5/2005 at 10:00AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of SUSAN PATTI, , 12 HIGGINS AVE, , MEDFORD, MA 02155. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($3.20) Total Charges $30.40

☐

☐

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.