≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

MICHAEL NORTON,
        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

FLEETWAY HEAVY DUTY PARTS, INC.,
GENESIS CONSOLIDATED SERVICES, INC.,
SUSAN PATTI and ANDREW PATTI,
        Defendants.

CASE NUMBER:

TO: (Name and address of Defendant)

Andrew Patti
12 Higgins Avenue
Medford, Massachusetts 02155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary M. Feldman, Esquire
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, Massachusetts 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

6-21-05

CLERK                                                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

August 10, 2005

I hereby certify and return that on 8/5/2005 at 10:00AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of ANDREW PATTI, , 12 HIGGINS AVE, , MEDFORD, MA 02155. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($3.20) Total Charges $30.40

_____
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.