UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No 05-11297 MEL

Michael NORTON )
  *Plaintiff* )
  )
v )
  )
  )
FLEETWAY HEAVY DUTY PARTS, INC. )
GENESIS CONSOLIDATED SERVICES, )
INC., SUSAN PATTI and ANDREW PATTI )
  *Defendants* )

## CORPORATE DISCLOSURE STATEMENT
## OF THE DEFENDANT FLEETWAY HEAVY DUTY PARTS, INC.

NOW COMES the Defendant, Fleetway Heavy Duty Parts, Inc., through counsel, and states that:

There is no parent corporation or publicly held company that owns 10% or more of the party's stock.

DATE: August 30, 2005

Fleetway Heavy Duty Parts, Inc.,
*Defendant*,
by its attorney,

_____
Harold Owen Beede, Esq.
BBO # 560316
Healey, Deshaies, Gagliardi & Woelfel, PC
24 Market Street
Amesbury, MA 01913
(978) 388-1787

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the above document was served upon all parties or counsel of record ~~in hand~~ by mail this 30th day of August, the year 2005.

_____
Harold Owen Beede