UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL NORTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLEETWAY HEAVY DUTY PARTS, INC., )<br>GENESIS CONSOLIDATED SERVICES, )<br>INC., SUSAN PATTI and ANDREW PATTI, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-11297 MEL |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT GENESIS CONSOLIDATED SERVICES, INC.**

NOW COMES Defendant Genesis Consolidated Services, Inc., by and through its counsel, Nixon Peabody LLP, and states that:

There is no parent corporation or publicly held company that owns 10% or more of the party's stock.

Date: September 30, 2005              Respectfully submitted,

                                      **NIXON PEABODY LLP,**

                                      /s/Courtney Worcester
                                      John E. Friberg, Jr., Esq. (BBO # 632487)
                                      Courtney Worcester, Esq. (BBO # 643180)
                                      *Attorneys for Defendant*
                                      *GENESIS CONSOLIDATED SERVICE, INC.*
                                      889 Elm Street
                                      Manchester, New Hampshire 03101
                                      (603) 628-4000

M125206.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, a copy of the foregoing, was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s Courtney Worcester
Courtney Worcester
