UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11297MEL

_____
)
MICHAEL NORTON                              )
           Plaintiff,                       )
)
v.                                          )
)
FLEETWAY HEAVY DUTY PARTS, INC.,            )
GENESIS CONSOLIDATED SERVICES,              )
INC., SUSAN PATTI and ANDREW PATTI          )
           Defendants.                      )
_____)

**JOINT STATEMENT UNDER LOCAL RULE 16.1(D)(1)**

The parties hereby submit their joint statement pursuant to Local Rule 16.1(D)(1).

I. PROPOSED SCHEDULING CONFERENCE AGENDA

Establishment of a pre-trial schedule including discovery, motions, identifying initial depositions and establishing a phased deposition schedule.

II. JOINT DISCOVERY PLAN (RULE 16.1 (D)(1) AND MOTION SCHEDULE

The parties proposed the following Discovery Schedule:

(1) Rule 26 Initial Disclosures served by November 23, 2005.

(2) Interrogatories and Document Requests served by December 7, 2005.

(3) Interrogatories and Document Requests answered by January 23, 2006.

(4) Fact discovery completed by July 13, 2006.

(5) Motion for Summary Judgment filed by September 1, 2006.

(6) Opposition to Summary Judgment Motion filed by October 2, 2006.

III. MAGISTRATE JUDGE

The parties do not consent to trial by magistrate judge at this time.

IV.    CERTIFICATION RULE 16.1(D)

The parties by their respective counsel of record hereby certify that they have conferred regarding establishing a budget for the costs of conducting the full course of various alternative courses of litigation, and that they have conferred regarding the resolution of the litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| MICHAEL NORTON | FLEETWAY HEARVY DUTY PARTS, INC., SUSAN PATTI AND ANDREW PATTI |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Gary M. Feldman | /s/ Harold Owen Beede |
| Gary M. Feldman | Harold Owen Beede |
| BBO # 162070 | BBO # 560316 |
| **DAVIS, MALM & D'AGOSTINE, P.C.** | **HEALEY, DESHAIES, GAGLIARDI & WOELFEL, P.C.** |
| One Boston Place | 24 Market Street |
| Boston, MA 02108-4470 | Amesbury, MA 01913 |
| (617) 367-2500 | (978) 388-1787 |

GENESIS CONSOLDIATED SERVICES, INC.
By its attorneys,

/s/ John E. Friberg, Jr.
John E. Friberg, Jr.
**NIXON PEABODY LLP**
889 Elm Street
Manchester, NH 03101
(603) 628-4000

Dated: November 1, 2005
385195v.1