UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11297MEL

|  |  |
|---|---|
| MICHAEL NORTON<br>        Plaintiff,<br><br>v.<br><br>FLEETWAY HEAVY DUTY PARTS, INC.,<br>GENESIS CONSOLIDATED SERVICES,<br>INC., SUSAN PATTI and ANDREW PATTI<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance as one of the attorneys for the Plaintiff, Michael Norton, in the above-entitled action.

                                                   MICHAEL NORTON
                                                   By his attorney,

                                                   /s/ Lori A. Jodoin
                                                 Lori A. Jodoin BBO # 655840
                                                 **DAVIS, MALM & D'AGOSTINE, P.C.**
                                                 One Boston Place
                                                 Boston, MA  02108
                                                 (617) 367-2500

Dated:  November 15, 2005

387698v.1