UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL NORTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLEETWAY HEAVY DUTY PARTS, INC., )<br>GENESIS CONSOLIDATED SERVICES, )<br>INC., SUSAN PATTI and ANDREW PATTI, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-11297 MEL |

### NOTICE OF CHANGE OF ADDRESS

NOW COMES counsel for the Defendant, Defendant Genesis Consolidated Services, Inc., and hereby notifies this Court and counsel of record of a change this firm's address. All other contact information remains the same.

Effective immediately, Defendant counsel's new address is the following:

>    Nixon Peabody LLP
>    900 Elm Street, 14th Floor
>    Manchester, NH 03101-2031

.

                          Respectfully submitted,

                          Genesis Consolidated Services, Inc.

                          By and through their counsel,

                          NIXON PEABODY LLP

February 15, 2006                 __/s/ John E. Friberg, Jr., Esq._____
                                              John E. Friberg, Jr., Esq. (BBO # 632487)
                                              900 Elm Street
                                              Manchester, New Hampshire 03101-2031
                                              (603) 628-4000

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was forwarded by US Mail this date to all counsel of record on this 15th day of February, 2006.

                   /s/ John E. Friberg, Jr., Esq.
                   John E. Friberg, Jr.