UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11297MEL

| | |
|---|---|
| MICHAEL NORTON,<br>　　　　　Plaintiff,<br><br>v.<br><br>FLEETWAY HEAVY DUTY PARTS, INC.,<br>GENESIS CONSOLIDATED SERVICES,<br>INC., SUSAN PATTI and ANDREW PATTI,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD AND LITIGATION DEADLINES BY SIXTY DAYS**

The parties respectfully request that the discovery deadline in this case be extended for 60 days, to September 13, 2006. In support hereof, the parties state:

1.　By his complaint, the plaintiff has alleged that the defendants violated the Fair Labor Standards Act and Massachusetts law by failing to pay him overtime for hours worked in excess of 40 hours per week. The defendants deny any liability.

2.　Pursuant to the Joint Statement Under Local Rule 16.1, the parties suggested that discovery be completed by July 13, 2006. At the November 30, 2005 Scheduling Conference, the Court approved the parties' proposed pre-trial schedule.

3.　To date, the parties have exchanged their Initial Disclosures, and have produced documents and interrogatory answers. Several depositions have been noticed.

4.　The parties request a brief extension of the discovery period in order to complete the depositions.

WHEREFORE, the parties request that the pre-trial schedule be modified as follows:

　　Fact discovery completed by September 13, 2006;

　　Motion for Summary Judgment filed by November 1, 2006;

Opposition to Motion for Summary Judgment filed by December 1, 2006.

| MICHAEL NORTON | FLEETWAY HEARVY DUTY PARTS, INC., SUSAN PATTI AND ANDREW PATTI |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Gary M. Feldman<br>Gary M. Feldman<br>BBO # 162070<br>**DAVIS, MALM & D'AGOSTINE, P.C.**<br>One Boston Place<br>Boston, MA 02108-4470<br>(617) 367-2500 | /s/ Harold Owen Beede<br>Harold Owen Beede<br>BBO # 560316<br>**HEALEY, DESHAIES, GAGLIARDI & WOELFEL, P.C.**<br>24 Market Street<br>Amesbury, MA  01913<br>(978) 388-1787 |

GENESIS CONSOLDIATED SERVICES, INC.
By its attorneys,

/s/ John E. Friberg, Jr.
John E. Friberg, Jr.
**NIXON PEABODY LLP**
900 Elm Street
Manchester, NH  03101
(603) 628-4000

Dated:  July 5, 2006