UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11297MEL

|  |  |
|---|---|
| MICHAEL NORTON,<br>        Plaintiff,<br><br>v.<br><br>FLEETWAY HEAVY DUTY PARTS, INC.,<br>GENESIS CONSOLIDATED SERVICES,<br>INC., SUSAN PATTI and ANDREW PATTI,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Federal Rule 41(a)(1)(ii), the parties hereby stipulate that all claims asserted in the within action by the plaintiff Michael Norton against the defendants, Fleetway Heavy Duty Parts, Inc., Genesis Consolidated Services, Inc., Susan Patti and Andrew Patti be dismissed, with prejudice and without costs. All rights of appeal and claims for attorney's fees are hereby waived.

| MICHAEL NORTON | FLEETWAY HEARVY DUTY PARTS, INC., SUSAN PATTI AND ANDREW PATTI |
|---|---|
| By his attorneys, | By their attorneys, |
| | |
| /s/ Gary M. Feldman | /s/ Harold Owen Beede |
| Gary M. Feldman | Harold Owen Beede |
| BBO # 162070 | BBO # 560316 |
| **DAVIS, MALM & D'AGOSTINE, P.C.** | **HEALEY, DESHAIES, GAGLIARDI & WOELFEL, P.C.** |
| One Boston Place | 24 Market Street |
| Boston, MA 02108-4470 | Amesbury, MA 01913 |
| (617) 367-2500 | (978) 388-1787 |

                                    GENESIS CONSOLDIATED SERVICES, INC.
                                    By its attorneys,


                                  /s/ John E. Friberg, Jr.
                                  John E. Friberg, Jr.
                                  **NIXON PEABODY LLP**
                                  900 Elm Street
                                  Manchester, NH  03101
                                  (603) 628-4000

Dated:  December 26, 2006